ALEXANDER M. LOWRY, Respondent, *v.* THE LANCASHIRE INSURANCE COMPANY, Appellant.

(Submitted March 21, 1887; decided April 19, 1887.)

*Satterlee & Yeoman* for appellant.

*A. Hazeltine* for respondent.

Agree to affirm order and for judgment absolute on stipulation.   No opinion.

All concur.

Judgment accordingly.